IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIMBERLY LASH, : | |
|     Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION |
| : | |
| MATRIX ABSENCE MANAGEMENT, : | NO.: 2:16-cv-00235-JP |
| INC., RELIANCE STANDARD LIFE : | |
| INSURANCE COMPANY, *et al.*, : | |
|     Defendants. : | |

**MOTION TO DISMISS OF DEFENDANT,
<u>MATRIX ABSENCE MANAGEMENT, INC.</u>**

Defendant, Matrix Absence Management, Inc. by and through its undersigned counsel, hereby moves for the dismissal of Plaintiff's Complaint and in support of this Motion, Matrix relies on its memorandum of law, which is being filed simultaneously herewith.

           Respectfully submitted,

           WILSON ELSER MOSKOWITZ EDELMAN
           & DICKER, LLP

BY:   *s/Joshua Bachrach*
        Joshua Bachrach, Esquire
        Heather J. Austin, Esquire
        Two Commerce Square
        2001 Market Street, Suite 3100
        Philadelphia, PA 19103
        (215) 627-6900 / (215) 627-2665 (fax)
        Joshua.Bachrach@wilsonelser.com
        Heather.Austin@wilsonelser.com
        Attorneys for Matrix Absence Mgmt,
        Inc. and Reliance Standard Life Ins. Co.

Date:  March 4, 2016

1004788v.1