IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KIMBERLY LASH | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| RELIANCE STANDARD LIFE | : | NO. 16-235 |
| INSURANCE CO., et al. | : | |

## ORDER

**AND NOW**, this 16th day of June, 2016, upon consideration of Defendant Matrix Absence Management, Inc.'s ("Matrix") Motion to Dismiss (Docket No. 11), all documents filed in connection therewith, and the hearing held on May 31, 2016, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. Counts One, Two, and Four are **DISMISSED** insofar as they assert claims against Matrix, and Matrix is **DISMISSED** as a party to this action.

Plaintiff is **GRANTED** leave to file an Amended Complaint within fifteen days of this Order.

BY THE COURT:

/s/John R. Padova

John R. Padova, J.