# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KIMBERLY LASH | : | CIVIL ACTION |
| v. | : | |
| RELIANCE STANDARD LIFE INSURANCE CO., et al. | : | NO. 16-235 |

## ORDER

**AND NOW**, this 18th day of May, 2017, upon consideration of Defendant Reliance Standard Life Insurance Company's Motion to Dismiss Temple University Health System's Crossclaims (Docket No. 35), all documents filed in connection therewith, and for the reasons stated in our the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. The Motion is **GRANTED** insofar as it seeks dismissal of Temple's Crossclaim for contribution and indemnification in connection with Plaintiff's claim in Count III of the First Amended Complaint.

2. The Motion is **DENIED** in all other respects.

BY THE COURT:

/s/ John R. Padova, J.
John R. Padova, J.